1 PHILIP M. MILLER (SBN 87877)
MICHELLE L. SICULA (SBN 160598)
2 SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 San Francisco, CA 94104
(415) 882-7900
4 (415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
5 msicula@sjlawcorp.com

6 Attorneys for Plaintiffs

7 ROBERT G. HULTENG, Bar No. 071293
JOSHUA J. CLIFFE, Bar No. 215390
8 VINCENT J. MERSICH, Bar No. 259813
LITTLER MENDELSON
9 A Professional Corporation
650 California Street, 20th Floor
10 San Francisco, CA 94108.2693
Telephone: 415.433.1940
11
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> FREMONT MOTORS, INC., a California corporation, doing business as FREMONT LINCOLN MERCURY, MARK D. HAMILTON, an Individual, and as Trustee of the MARK HAMILTON TRUST, and as Trustee of the MARK AND HOLLY HAMILTON 1984 TRUST, | Case No.: C 09-02547 SBA <br><br> [~~REVISED~~] STIPULATION FOR 60-DAY *CONDITIONAL* DISMISSAL PENDING FULFILLMENT OF SETTLEMENT AGREEMENT <br><br> DATE: <br><br> TIME: <br><br> JUDGE: HON. SAUNDRA BROWN ARMSTRONG |

IT IS STIPULATED by and between the parties to this action through their counsel that

Plaintiffs' claims against Defendant **Mark Hamilton**, individually and as Trustee of the Mark and

1
STIPULATION FOR CONDITIONAL DISMISSAL
Case No.: C09-2547 SBA

Holly Hamilton 1984 Trust, be *conditionally* dismissed pending full execution of the parties' settlement agreement within sixty (60) days of the Court's order approving this stipulation.

In settlement of the claims asserted against Defendant Mark Hamilton, Mr. Hamilton has entered into a Stipulation for Amendment of Judgment signed by Defendant on February 23, 2010.

Accordingly, the claims against Mr. Hamilton may be *conditionally* dismissed without prejudice until sixty (60) days from the date the Court approves this stipulation for conditional dismissal unless reinstated by Plaintiffs due to Mr. Hamilton's failure to fulfill the terms of the Stipulation for Amendment of Judgment.

The Court shall retain jurisdiction of this matter. <u>The parties each specifically consent to the authority of a Magistrate Judge for all future proceedings relating to the Stipulation for Amendment of Judgment and/or this Stipulation for 60-Day Conditional Dismissal.</u>

Dated: March 18, 2010

SALTZMAN & JOHNSON LAW CORPORATION

By: _____
Michelle L. Sicula
Attorneys for Plaintiffs

Dated: March 17, 2010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION

By: _____
Joshua Cliffe
Attorney for Defendant Fremont Motors Inc. and Defendant Mark D. Hamilton, as an individual and as Trustee of the MARK AND HOLLY HAMILTON 1984 TRUST

Dated: March 5, 2010

By: _____
Mark D. Hamilton
Individually and as Trustee of the Mark and Holly Hamilton 1984 Trust

2

1 | Dated: March 5, 2010    By: /s/ Holly Hamilton
2 |                                           Holly Hamilton
3 |                                           Individually

IT IS SO ORDERED.

Dated: 3/30/10

/s/ Saundra B. Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge

3

STIPULATION FOR CONDITIONAL DISMISSAL