1  PHILIP M. MILLER (SBN 87877)
   MICHELLE L. SICULA (SBN 160598)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  msicula@sjlawcorp.com

6  Attorneys for Plaintiffs

7  ROBERT G. HULTENG, Bar No. 071293
   JOSHUA J. CLIFFE, Bar No. 215390
8  VINCENT J. MERSICH, Bar No. 259813
   LITTLER MENDELSON
9  A Professional Corporation
   650 California Street, 20th Floor
10 San Francisco, CA 94108.2693
   Telephone: 415.433.1940
11
   Attorneys for Defendants
12

13                  UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>FREMONT MOTORS, INC., a California corporation, doing business as FREMONT LINCOLN MERCURY, MARK D. HAMILTON, an Individual, and as Trustee of the MARK HAMILTON TRUST, and as Trustee of the MARK AND HOLLY HAMILTON 1984 TRUST, | Case No.: C 09-02547 SBA<br><br>[REVISED] JUDGMENT PURSUANT TO STIPULATION<br><br>DATE:<br><br>TIME:<br><br>JUDGE: HON. SAUNDRA BROWN ARMSTRONG |

IT IS STIPULATED by and between the parties hereto, that Judgment may be entered in the within action in favor of Plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND,

et al., ("Plaintiffs") and against Defendant FREMONT MOTORS, INC., a California corporation, doing business as FREMONT LINCOLN MERCURY ("FREMONT"), or successor entities, as follows:

1. Defendant FREMONT entered into a series of valid collective bargaining agreements with Machinists Automotive Trades District Lodge No. 190 of Northern California for and on behalf of East Bay Automotive Machinists Lodge No. 1546 (hereinafter "Bargaining Agreement"). FREMONT ceased paying contributions and had a complete withdrawal from Plaintiff Automotive Industries Pension Trust Fund ("Fund") in January 2007.

2. Pursuant to the effective Bargaining Agreement, the Trust Agreements of Plaintiff Fund as amended, and ERISA, as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§ 1001-1461 (1982)), FREMONT is indebted to Plaintiff Fund for unpaid withdrawal liability, liquidated damages in the amount of 20%, interest at the rate of 7% per annum, attorneys' fees and costs.

3. Pursuant to this Stipulated Judgment, Defendant FREMONT agrees as follows:

   a. The Court will enter Judgment against FREMONT in the amount $1,235,157.70 (one million two hundred thirty five thousand one hundred fifty seven dollars and seventy cents) representing unpaid withdrawal liability, liquidated damages, interest at the rate of 7%, reasonable attorneys' fees and costs.

   b. FREMONT waives any and all defenses to the claims of Plaintiffs for withdrawal liability, liquidated damages, interest and reasonable attorneys' fees and costs.

   c. A writ of execution may be obtained against FREMONT without further notice, in the amount of the unpaid balance of this Stipulated Judgment, plus any additional amounts under the terms herein, upon declaration of a duly authorized representative of the Plaintiffs setting forth any payment theretofore made by or on behalf of FREMONT and the balance due and owing.

   d. FREMONT waives notice of entry of judgment and expressly waives all rights to stay of execution and appeal.

1        e.    FREMONT shall pay all additional costs and attorneys' fees incurred by Plaintiffs in connection with collection of the amounts owed by FREMONT to Plaintiffs pursuant to this Stipulated Judgment.

4.    Pursuant to this Stipulated Judgment, PLAINTIFFS and Defendant FREMONT agree as follows:

    a.    All notices to FREMONT shall be made to Littler Mendelson, 650 California Street, 20th Floor, San Francisco, California, 94108.

    b.    In the event of the filing of a bankruptcy petition by FREMONT, the parties agree that any payments made by or on behalf of FREMONT as payment on this Judgment, shall be deemed to have been made in the ordinary course of business as provided under 11 U.S.C. §547(c)(2) and shall not be claimed as a preference under 11 U.S.C. §547 or otherwise. Defendant nevertheless represents that no bankruptcy filing is anticipated.

5.    Should any provision of this Stipulation be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term or provision shall be deemed not to be part of this Stipulation.

6.    This Stipulation contains all of the terms agreed by PLAINTIFFS and FREMONT and no other agreements have been made between those parties. Any changes to this Stipulation shall be effective only if made in writing and signed by all parties hereto.

8.    This Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

9.    The parties further agree that the Court shall retain jurisdiction of this matter until this Judgment is satisfied. <u>The parties each specifically consent to the authority of a Magistrate Judge for all future proceedings relating to this judgment.</u>

Dated: March 18, 2010        SALTZMAN & JOHNSON LAW CORPORATION

By: _____
Michelle L. Sicula
Attorneys for Plaintiffs

Dated: March 17, 2010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION

By: /s/ Joshua Cliffe
Joshua Cliffe
Attorney for Defendant Fremont Motors Inc. and Defendant Mark D. Hamilton, as an individual and as Trustee of the MARK AND HOLLY HAMILTON 1984 TRUST

Dated: March 5, 2010

By: /s/ Mark Hamilton
Mark D. Hamilton
Owner, Fremont Motors, Inc.

IT IS SO ORDERED AND ADJUDGED.

Dated: 3/30/10

/s/ Saundra B. Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge

4

JUDGMENT PURSUANT TO STIPULATION